IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO.: 1:08cr4-SPM/AK

CLARENCE MARSHALL,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's motions to continue (docs. 281 and 285) are granted. The sentencing hearing is reset for 1:30 p.m. on Tuesday, May 5, 2009, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 27th day of March, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge