IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:08cr4-SPM

CLARENCE DARNELL MARSHALL,

    Defendant.
_____/

**ORDER DENYING REQUEST FOR TRANSCRIPT**

Pending before the Court are Defendant Clarence Darnell Marshall's requests for a transcript of his sentencing hearing (docs. 329 and 340). Defendant explains that he needs a transcript to prepare a post conviction relief motion under 28 U.S.C. § 2255. For the following reasons, the request for the transcript will be denied.

1. There is no indication from the record that a transcript of the sentencing hearing has been prepared. Therefore, to the extent Defendant may have a right to review transcripts already contained in the court file (see Sistrunk v. United States, 992 F.2d.258, 260 (10th Cir. 1993)) that right is not implicated by Defendant's request.

2. Defendant has failed to make an adequate showing as required under 28 U.S.C. § 753(f) that the transcript is necessary for Defendant to prepare

his proposed 2255 motion, that the motion is not frivolous, and that the transcript is necessary for the Court to decide the issues that will be presented.

3. Defendant may make arrangements on his own for the sentencing hearing to be transcribed and pay for the transcript. The costs will not be paid by the United States unless Defendant satisfies the requirements of 28 U.S.C. § 753(f).

Based on the foregoing, it is

ORDERED AND ADJUDGED that Defendant's requests for a transcript of his sentencing hearing (docs. 329 and 340) are denied.

DONE AND ORDERED this 18th day of December, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge