UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:08-cr-4-SPM-GRJ-2

CLARENCE DARNELL MARSHALL,
_____/

## O R D E R

This matter is before the Court on Petitioner's "Motion Under § 1651 for Argument of Padilla Plea Instruction Failure of Counsel." (Doc. 431). The motion is largely repetitive of the arguments Petitioner has presented in his pending motion under 28 U.S.C. § 2255. (Doc. 348.) Accordingly, the Court will construe the instant motion as a motion to supplement the pending § 2255 petition. Upon due consideration, the motion is **GRANTED** to the limited extent that the Court will consider the "Motion Under § 1651" as a supplement to Petitioner's § 2255 petition.

**DONE AND ORDERED** this 15th day of February 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge