IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                  CASE NO. 1:08-cr-04-RV-GRJ

CLARENCE DARNELL MARSHALL

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 21, 2013 (doc. 458), which recommended that Petitioner's amended motion to vacate under 28 U.S.C. § 2255 should be denied. The Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The Clerk must enter judgment stating, "Petitioner's motion for relief under 28 U.S.C. § 2255 is denied." Petitioner's application for a certificate of appealability is denied. Leave to proceed on appeal *in forma pauperis* is denied.

**DONE AND ORDERED** this 24th day of June 2013.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**